OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| PAUL B. CALICO<br>*Chief Circuit Mediator*<br>DEBORAH N. GINOCCHIO<br>RODERICK M. MCFAULL<br>MARIANN YEVIN<br>ROBERT S. KAISER | 100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202-3988<br>CA06-MEDIATION@CA6.USCOURTS.GOV | TELEPHONE (513) 564-7330<br>FAX (513) 564-7349 |

May 30, 2014

Edwin Sharp Hopson, Sr., Esq.
Lawrence Lee Jones, II, Esq.
Mitzi Denise Wyrick, Esq.

Re:  *Jana Jones-Turner, et al v. Yellow Enterprise Systems, LLC, et al*, CA No. 14-5497

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the **telephone** mediation conference currently scheduled for     **June 3, 2014**   is hereby **CANCELED**.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc:    Roderick M. McFaull